UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>        Plaintiff<br><br>v.<br><br>COMPAL ELECTRONICS, INC., et al.,<br><br>        Defendants. | Case No. 3:17-cv-01010-WQH-JMA |

### AFFIDAVIT OF SERVICE UPON DEFENDANT FIH MOBILE LTD.

**Comes now Patricia Dawkins, who, upon oath, states the following:**

1. I am a Legal Secretary employed by Broadhurst, LLC, a law firm in George Town, Cayman Islands, and am authorized to serve process in that jurisdiction.

2. On Thursday, May 18, 2017, I was instructed by Kyle Broadhurst, Esq., the principal of my firm, who was himself instructed by Aaron Lukken, Esq. of Viking Advocates, LLC of Kansas City, Missouri, himself instructed by Richard J. Stark, Esq., of Cravath, Swaine & Moore, LLP, counsel for the plaintiff, to serve upon defendant FIH Mobile Ltd. the following documents pertaining to the case at bar:

- SUMMONS IN A CIVIL ACTION
- CIVIL COVER SHEET (with Attachment)
- UNREDACTED COMPLAINT FOR INJUNCTIVE RELIEF, SPECIFIC PERFORMANCE, DECLARATORY RELIEF, AND DAMAGES
- MOTION FOR AN ORDER TO FILE UNDER SEAL ITS UNREDACTED COMPLAINT FOR INJUNCTIVE RELIEF, SPECIFIC PERFORMANCE, DECLARATORY RELIEF, AND DAMAGES
- DECLARATION OF JEFFREY S. ALTMAN IN SUPPORT OF MOTION FOR AN ORDER TO FILE UNDER SEAL
- DECLARATION OF MARC MCCLOSKEY IN SUPPORT OF MOTION FOR AN ORDER TO FILE UNDER SEAL
- ORDER GRANTING MOTION FOR AN ORDER TO FILE UNDER SEAL
- NOTICE OF RELATED CASE
- NOTICE OF PARTY WITH FINANCIAL INTEREST
- NOTICE OF APPEARANCE
- PROOF OF SERVICE

3.  According to plaintiff's counsel, the defendant's address is P.O. Box 31119 Grand Pavilion, Hibiscus Way, 802 West Bay Road, Grand Cayman, KY1-1205; this address was confirmed by the Cayman Islands corporate registry, as shown in Exhibit A.

4.  At 11:50am on May 18, 2017, I personally traveled to that address with the intention of completing service upon FIH Mobile Ltd.

5.  Upon arrival, I was greeted by the receptionist, who took the documents to Ms. Shaneka McLean, Ms. McLean came out front to meet with me and accepted the documents, Ms. McLean 5'5" tall, in her early 30s, with dark complexion and short black hair. Ms. McLean identified herself as the Associate Corporate & Trust Administrator for Vistra (Cayman) Limited, the registered agent of FIH Mobile Ltd.

6.  I handed her the above-listed documents along with a cover letter from Mr. Broadhurst, a copy of which Ms. McLean countersigned and is attached here as Exhibit B.

7.  I believe service in this matter to have been effected according to the laws of the Cayman Islands, and pursuant to the declarations of the United Kingdom to Article 10(c) of the Hague Service Convention.

I swear that the foregoing statements are true to the best of my knowledge.

Respectfully submitted,

Patricia Dawkins, Legal Secretary
Broadhurst, LLC
P.O. Box 2503
Grand Cayman KY1-1104

Subscribed and sworn before me on May 22, 2017
at George Town, Grand Cayman

Melaynee Bodden
Notary Public
My commission expires on 31·JAN·18

**EXHIBIT A**

(Registry Report)



# General Registry
## CAYMAN ISLANDS

## Entity Details

|  |  |
|--|--|
| Entity Name: | **FIH MOBILE LIMITED** |
| Jurisdiction: | Cayman Islands |
| File Number: | 96800 |
| Formation Date: | 08 Feb 2000 |
| Registration Date: | 08 Feb 2000 |
| Entity Type: | Company:EXEMPT |
| Registered Office: | VISTRA (CAYMAN) LIMITED |
| PO Box: | 31119 |
| Building: | Grand Pavilion, |
| Street: | Hibiscus Way, |
| Country: | Cayman Islands |
| Status: | ACTIVE |
| Status Date: | 08 Feb 2000 |

Back to Entity Search    View as PDF

**Terms & Conditions**

General Registry | Ground Floor, Government Admin Building, Grand Cayman, Cayman Islands

**EXHIBIT B**

(Countersigned Cover Letter)



May 18, 2017

*DELIVERED BY HAND*

FIH Mobile Ltd
C/O Vistra (Cayman) Limited
P.O. Box 31119 Grand Pavilion
Hibiscus Way
802 West Bay Road
Grand Cayman, KY1-1205

Dear Sirs,

Re: Qualcomm Incorporated v. Compal Electronics Inc.; FIH Mobile Ltd; Hon Hai Precision Industry Co., Ltd.; Pegatron Corporation; Wistron Corporation
Civil Action No. 17cv1010-WQH-JMA

We have been instructed with respect to the service of the following documents upon you:

1. SUMMONS IN A CIVIL ACTION
2. CIVIL COVER SHEET (with Attachment)
3. UNREDACTED COMPLAINT FOR INJUNCTIVE RELIEF, SPECIFIC PERFORMANCE, DECLARATORY RELIEF, AND DAMAGES
4. MOTION FOR AN ORDER TO FILE UNDER SEAL ITS UNREDACTED COMPLAINT FOR INJUNCTIVE RELIEF, SPECIFIC PERFORMANCE, DECLARATORY RELIEF, AND DAMAGES
5. DECLARATION OF JEFFREY S. ALTMAN IN SUPPORT OF MOTION FOR AN ORDER TO FILE UNDER SEAL
6. DECLARATION OF MARC MCCLOSKEY IN SUPPORT OF MOTION FOR AN ORDER TO FILE UNDER SEAL
7. ORDER GRANTING MOTION FOR AN ORDER TO FILE UNDER SEAL
8. NOTICE OF RELATED CASE
9. NOTICE OF PARTY WITH FINANCIAL INTEREST
10. NOTICE OF APPEARANCE
11. PROOF OF SERVICE

The documents have been attached to this letter. We would be grateful if you would confirm receipt by executing this letter appended hereto.

Yours sincerely,
**Broadhurst LLC**

Kyle Broadhurst

recived by Shaneka Mkean.

*[signature]*
18 May, 2017

Associate Corporated Trust

P.O. Box 2503, Grand Cayman KY1-1104, Cayman Islands | Tel: (345) 949-7237 | Fax: (345) 949-7725