| | |
|---|---|
| 1 | NICOLA T. HANNA (SBN 130694) |
| 2 | nhanna@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 3161 Michelson Drive |
| 3 | Irvine, CA 92612 |
| | Tel: (949) 451-3800 |
| 4 | Fax: (949) 451-4220 |
| 5 | Attorney for Defendant (by special appearance) |
| | PEGATRON CORPORATION |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED, | Case No. 3:17-CV-01010-GPC-MDD |
| Plaintiff, | **DEFENDANT PEGATRON CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| v. | |
| COMPAL ELECTRONICS, INC., FIH MOBILE LTD., HON HAI PRECISION INDUSTRY CO., LTD., PEGATRON CORPORATION, and WISTRON CORPORATION, | |
| Defendants. | |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Pegatron Corporation ("Pegatron"), by and through its undersigned counsel, states that it has no parent corporation. AsusTek Computer Inc., a publicly held corporation organized and existing under the laws of Taiwan, owns more than 10 percent of Pegatron's stock.

Dated: June 8, 2017

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: ___*/s/ Nicola T. Hanna*___
      Nicola T. Hanna

Attorney for Defendant (by special appearance)
PEGATRON CORPORATION

Email: nhanna@gibsondunn.com