Evan R. Chesler (*pro hac vice*) (N.Y. Bar No. 1475722)
echesler@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

David A. Nelson (*pro hac vice*) (Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

[*Additional counsel identified on signature page*]

*Attorneys for Plaintiff and Counterclaim-Defendant*
QUALCOMM INCORPORATED

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>COMPAL ELECTRONICS, INC., FIH MOBILE LTD., HON HAI PRECISION INDUSTRY CO., LTD., PEGATRON CORPORATION, and WISTRON CORPORATION,<br><br>Defendants. | Case No. 3:17-cv-1010-GPC-MDD<br><br>**EX PARTE APPLICATION FOR AUTHORIZATION TO FILE A LETTER** |

| | |
|---|---|
| 1 | COMPAL ELECTRONICS, INC., FIH MOBILE LTD., HON HAI PRECISION INDUSTRY CO., LTD., PEGATRON CORPORATION, and WISTRON CORPORATION, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Counterclaim-Plaintiffs, |
| 7 | v. |
| 8 | QUALCOMM INCORPORATED, |
| 9 | |
| 10 | Counterclaim-Defendant. |
| 11 | |
| 12 | COMPAL ELECTRONICS, INC., FIH MOBILE LTD., HON HAI PRECISION INDUSTRY CO., LTD., PEGATRON CORPORATION, and WISTRON CORPORATION, |
| 13 | |
| 14 | |
| 15 | |
| 16 | Third-Party Plaintiffs, |
| 17 | v. |
| 18 | APPLE INC. |
| 19 | |
| 20 | Third-Party Defendant. |

Ex Parte Application for Authorization To File a Letter     -ii-     Case No. 3:17-CV-1010-GPC-MDD

1        PLEASE TAKE NOTICE THAT Qualcomm Incorporated hereby applies
2   ex parte for authorization to file a letter pursuant to Local Rule 83.3(g) and this
3   Court's Civil Pretrial & Trial Procedures.
4        Qualcomm submits this Application to provide timely clarification
5   regarding a statement made by counsel for Qualcomm during today's oral
6   argument.  Good cause therefore exists for this Application to ensure the Court has
7   an accurate record.
8        This request is based upon this Ex Parte Application and the Declaration of
9   Vanessa A. Lavely.
10       In accordance with Civil Local Rule 83.3(g), counsel for Qualcomm sent a
11  copy of this Application, including the letter attached to this Application, to all
12  counsel of record via email and notified counsel that Qualcomm would be filing
13  the Application via ECF this evening.  (*See* Decl. of Vanessa A. Lavely ¶ 3.)
14       WHEREFORE, Qualcomm respectfully requests that the Court grant this
15  Application and allow Qualcomm to file the letter attached as Exhibit 1 to this
16  Application.

Dated: August 18, 2017

Respectfully submitted,

By: /s/ Evan R. Chesler
 Evan R. Chesler

**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler (*pro hac vice*)
(N.Y. Bar No. 1475722)
echesler@cravath.com
Keith R. Hummel (*pro hac vice*)
(N.Y. Bar No. 2430668)
khummel@cravath.com
Richard J. Stark (*pro hac vice*)
(N.Y. Bar No. 2472603)
rstark@cravath.com
Antony L. Ryan (*pro hac vice*)
(N.Y. Bar No. 2784817)
aryan@cravath.com
Gary A. Bornstein (*pro hac vice*)
(N.Y. Bar No. 2916815)
gbornstein@cravath.com
J. Wesley Earnhardt (*pro hac vice*)
(N.Y. Bar No. 4331609)
wearnhardt@cravath.com
Yonatan Even (*pro hac vice*)
(N.Y. Bar No. 4339651)
yeven@cravath.com
Vanessa A. Lavely (*pro hac vice*)
(N.Y. Bar No. 4867412)
vlavely@cravath.com
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

|   |   |
|---|---|
| 1 | |
| 2 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 3 | David A. Nelson (*pro hac vice*) (Ill. Bar No. 6209623) |
| 4 | davenelson@quinnemanuel.com Stephen Swedlow (*pro hac vice*) |
| 5 | (Ill. Bar No. 6234550) stephenswedlow@quinnemanuel.com |
| 6 | 500 West Madison St., Suite 2450 Chicago, Illinois 60661 |
| 7 | Telephone: (312) 705-7400 Facsimile: (312) 705-7401 |
| 8 | |
| 9 | Alexander Rudis (*pro hac vice*) (N.Y. Bar No. 4232591) |
| 10 | alexanderrudis@quinnemanuel.com 51 Madison Ave., 22nd Floor |
| 11 | New York, New York 10010 Telephone: (212) 849-7000 |
| 12 | Facsimile: (212) 849-7100 |
| 13 | Sean S. Pak (SBN 219032) seanpak@quinnemanuel.com |
| 14 | 50 California St., 22nd Floor San Francisco, CA 94111 |
| 15 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 16 | |
| 17 | **JONES DAY** Karen P. Hewitt (SBN 145309) |
| 18 | kphewitt@jonesday.com Randall E. Kay (SBN 149369) |
| 19 | rekay@jonesday.com 4655 Executive Drive, Suite 1500 |
| 20 | San Diego, California 92121 Telephone: (858) 314-1200 |
| 21 | Facsimile: (858) 345-3178 |
| 22 | *Attorneys for Plaintiff and Counterclaim-Defendant* **QUALCOMM INCORPORATED** |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |