# Exhibit 1

## CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| JOHN W. WHITE | PHILIP J. BOECKMAN | | ERIC W. HILFERS | D. SCOTT BENNETT |
| EVAN R. CHESLER | WILLIAM V. FOGG | WORLDWIDE PLAZA | GEORGE F. SCHOEN | TING S. CHEN |
| PHILIP A. GELSTON | FAIZA J. SAEED | 825 EIGHTH AVENUE | ERIK R. TAVZEL | CHRISTOPHER K. FARGO |
| RICHARD W. CLARY | RICHARD J. STARK | NEW YORK, NY 10019-7475 | CRAIG F. ARCELLA | KENNETH C. HALCOM |
| JAMES D. COOPER | THOMAS E. DUNN | | DAMIEN R. ZOUBEK | DAVID M. STUART |
| STEPHEN L. GORDON | MARK I. GREENE | TELEPHONE: +1-212-474-1000 | LAUREN ANGELILLI | AARON M. GRUBER |
| DANIEL L. MOSLEY | DAVID R. MARRIOTT | FACSIMILE: +1-212-474-3700 | TATIANA LAPUSHCHIK | O. KEITH HALLAM, III |
| ROBERT H. BARON | MICHAEL A. PASKIN | | ERIC L. SCHIELE | OMID H. NASAB |
| DAVID MERCADO | ANDREW J. PITTS | | ALYSSA K. CAPLES | DAMARIS HERNÁNDEZ |
| CHRISTINE A. VARNEY | MICHAEL T. REYNOLDS | | JENNIFER S. CONWAY | JONATHAN J. KATZ |
| PETER T. BARBUR | ANTONY L. RYAN | CITYPOINT | MINH VAN NGO | MARGARET SEGALL D'AMICO |
| SANDRA C. GOLDSTEIN | GEORGE E. ZOBITZ | ONE ROPEMAKER STREET | KEVIN J. ORSINI | RORY A. LERARIS |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | LONDON EC2Y 9HR | MATTHEW MORREALE | KARA L. MUNGOVAN |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | TELEPHONE: +44-20-7453-1000 | JOHN D. BURETTA | |
| RICHARD HALL | GARY A. BORNSTEIN | FACSIMILE: +44-20-7860-1150 | J. WESLEY EARNHARDT | |
| JULIE A. NORTH | TIMOTHY G. CAMERON | | YONATAN EVEN | SPECIAL COUNSEL |
| ANDREW W. NEEDHAM | KARIN A. DEMASI | | BENJAMIN GRUENSTEIN | SAMUEL C. BUTLER |
| STEPHEN L. BURNS | LIZABETHANN R. EISEN | | JOSEPH D. ZAVAGLIA | GEORGE J. GILLESPIE, III |
| KEITH R. HUMMEL | DAVID S. FINKELSTEIN | WRITER'S DIRECT DIAL NUMBER | STEPHEN M. KESSING | |
| DAVID J. KAPPOS | DAVID GREENWALD | +1-212-474-1243 | LAUREN A. MOSKOWITZ | |
| DANIEL SLIFKIN | RACHEL G. SKAISTIS | | DAVID J. PERKINS | OF COUNSEL |
| ROBERT I. TOWNSEND, III | PAUL H. ZUMBRO | WRITER'S EMAIL ADDRESS | JOHNNY G. SKUMPIJA | MICHAEL L. SCHLER |
| WILLIAM J. WHELAN, III | JOEL F. HEROLD | echesler@cravath.com | J. LEONARD TETI, II | |

August 18, 2017

*Qualcomm Incorporated v. Compal Electronics Inc., et al.*,
No. 3:17-CV-01010 (S.D. Cal.)

Dear Judge Curiel:

Your Honor, we write to provide one clarification regarding statements made during oral argument today on the preliminary injunction motion in Qualcomm's action against the Contract Manufacturers. While I correctly stated that the other licensee (as referenced in Mr. Rogers' reply declaration) had not yet stopped paying all royalties at the time of the April 2017 earnings statement shown during oral argument (Contract Manufacturers' slide 20), I may have misstated that the other licensee had not stopped paying before the July 2017 earnings call, in which Mr. Aberle made other remarks shown during argument (slides 29-30); it in fact had stopped paying prior to Mr. Aberle's remarks in July.

Respectfully submitted,

/s/ *Evan R. Chesler*

Evan R. Chesler

United States District Court for the Southern District of California
    Suite 2190
        221 West Broadway
            San Diego, CA 92101

2

VIA ECF

CC: All Counsel of Record via Email and ECF