THEODORE J. BOUTROUS, JR. (SBN 132099)
tboutrous@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
NICOLA T. HANNA (SBN 130694)
nhanna@gibsondunn.com
JASON C. LO (SBN 219030)
jlo@gibsondunn.com
JENNIFER J. RHO (SBN 254312)
jrho@gibsondunn.com
MELISSA PHAN (SBN 266880)
mphan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel:  (213) 229-7000
Fax:  (213) 229-7520

CYNTHIA E. RICHMAN (DC Bar No. 492089; *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 955-8500
Fax: (202) 467-0539

Attorney for Defendants
COMPAL ELECTRONICS, INC., FIH MOBILE LTD., HON HAI PRECISION INDUSTRY CO., LTD., PEGATRON CORPORATION, and WISTRON CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>COMPAL ELECTRONICS, INC., FIH MOBILE LTD., HON HAI PRECISION INDUSTRY CO., LTD., PEGATRON CORPORATION, and WISTRON CORPORATION,<br><br>Defendants. | Case No. 3:17-CV-01010-GPC-MDD<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the following attorney shall appear on behalf of Defendants Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation (collectively, the "Defendants"), and is authorized to receive all pleadings, notices and orders in this action:

> Raymond A. LaMagna (SBN 244821)
> rlamagna@gibsondunn.com
> 333 South Grand Avenue
> Los Angeles, CA 90071
> Tel:  (213) 229-7000
> Fax:  (213) 229-7520

Raymond A. LaMagna is admitted to practice and in good standing in the Southern District of California.

Dated:  March 21, 2018

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:     */s/ Raymond A. LaMagna*
          Raymond A. LaMagna

Attorney for Defendants
COMPAL ELECTRONICS, INC.,
FIH MOBILE LTD.,
HON HAI PRECISION INDUSTRY CO., LTD.,
PEGATRON CORPORATION, and
WISTRON CORPORATION

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed with the Court's CM/ECF system on March 21, 2018. Notice of this filing will be served to all parties by operation of the Court's electronic filing system.

      */s/ Raymond A. LaMagna*
      Raymond A. LaMagna

RAYMOND A. LAMAGNA
rlamagna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel:  (213) 229-7000
Fax:  (213) 229-7520

Attorney for Defendants
COMPAL ELECTRONICS, INC.,
FIH MOBILE LTD.,
HON HAI PRECISION INDUSTRY CO., LTD.,
PEGATRON CORPORATION,
and WISTRON CORPORATION